1  **HANNI M. FAKHOURY**
California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          ) Case No.  08MJ2045
                                       )
11          Plaintiff,                 )
                                       )
12  v.                                 )  **NOTICE OF ATTORNEY APPEARANCE**
                                       )
13  JOSE LUIS ESTRADA-ESTRADA,         )
                                       )
14          Defendant.                 )
                                       )
15  _____  )

16          Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17  M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                              Respectfully submitted,

20

21  Dated: July 16, 2008        /s/ Hanni M. Fakhoury
                                HANNI M. FAKHOURY
22                              Federal Defenders of San Diego, Inc.
                                e-mail: Hanni_Fakhoury@fd.org
23                              Attorneys for Defendant

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that  a copy of the foregoing document has been served this day upon:

4

**U S Attorney CR**

5

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

6

7

DATED:  July 16, 2008                           /s/ Hanni M. Fakhoury

8

HANNI M. FAKHOURY
e-mail: Hanni_Fakhoury@fd.org

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28